IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 8 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| COLON TAYLOR, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:17-CV-774-A |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

FINAL JUDGMENT

In accordance with the order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Colon Taylor, against defendant, Allstate Vehicle and Property Insurance Company, be, and are hereby, dismissed without prejudice.

SIGNED December 8, 2017.

_____
JOHN McBRYDE
United States District Judge